UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>　　Lonnie G BUGGS III<br>　　Marilyn J BUGGS<br>　　　　Debtor(s) | Case No. 12 B 33517 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/23/2012.

2) The plan was confirmed on 12/05/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/05/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was Dismissed on 04/30/2014.

6) Number of months from filing to last payment: 20.

7) Number of months case was pending: 22.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $6,823.22 |
| Less amount refunded to debtor | $212.45 |
| **NET RECEIPTS:** | **$6,610.77** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,791.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $284.22 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,075.22** |

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| A Plus Rental Management | Unsecured | 1,332.00 | NA | NA | 0.00 | 0.00 |
| Aarons Sales And Lease Ownership | Unsecured | 3,958.00 | NA | NA | 0.00 | 0.00 |
| ACA Recovery Inc | Unsecured | 414.00 | NA | NA | 0.00 | 0.00 |
| Acme Credit Services | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| Acme Credit Services | Unsecured | 177.54 | 292.74 | 292.74 | 6.21 | 0.00 |
| Acme Credit Services | Unsecured | 49.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 114.07 | NA | NA | 0.00 | 0.00 |
| Alliance Asset Management | Unsecured | 1,090.00 | NA | NA | 0.00 | 0.00 |
| Ameren Illinois | Unsecured | 438.59 | 525.36 | 525.36 | 11.14 | 0.00 |
| Ameren Illinois | Unsecured | 874.59 | NA | NA | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | NA | 2,768.05 | 2,768.05 | 66.96 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 900.00 | 1,269.35 | 1,269.35 | 26.92 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 553.89 | NA | NA | 0.00 | 0.00 |
| Ameristar Casino | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| Aqua Illinois | Unsecured | 146.85 | NA | NA | 0.00 | 0.00 |
| Aqua Illinois | Unsecured | 418.00 | NA | NA | 0.00 | 0.00 |
| Armor Systems Corporation | Unsecured | 775.10 | NA | NA | 0.00 | 0.00 |
| Armor Systems Corporation | Unsecured | 775.00 | NA | NA | 0.00 | 0.00 |
| Arrow Financial Services | Unsecured | 463.00 | NA | NA | 0.00 | 0.00 |
| Bank Of America | Unsecured | 117.50 | NA | NA | 0.00 | 0.00 |
| Blue Chip Casino | Unsecured | 320.00 | NA | NA | 0.00 | 0.00 |
| Cab Serv | Unsecured | 892.00 | NA | NA | 0.00 | 0.00 |
| Capital Management | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| Capital Management | Unsecured | 463.20 | NA | NA | 0.00 | 0.00 |
| Carle Clinic Association | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| Casey's General Stores Inc | Unsecured | NA | 419.39 | 419.39 | 8.90 | 0.00 |
| CBE Group | Unsecured | 381.00 | NA | NA | 0.00 | 0.00 |
| Certegy Payment Recovery Services Inc | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Check N Go | Unsecured | 243.10 | NA | NA | 0.00 | 0.00 |
| Check Recovery Systems | Unsecured | 125.01 | NA | NA | 0.00 | 0.00 |
| Checks | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Checks Recovery Verification Company | Unsecured | 177.54 | NA | NA | 0.00 | 0.00 |
| Checks Recovery Verification Company | Unsecured | 83.11 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 4,024.00 | 4,044.20 | 4,044.20 | 97.83 | 0.00 |
| Clerk Of The Circuit Court | Unsecured | 3,100.00 | NA | NA | 0.00 | 0.00 |
| Collection Company Of America | Unsecured | 163.41 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 367.69 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 624.46 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 401.95 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 549.92 | NA | NA | 0.00 | 0.00 |
| Credit Acceptance Corp | Unsecured | 6,226.00 | 6,797.28 | 6,797.28 | 164.43 | 0.00 |
| Credit Collection | Unsecured | 361.10 | NA | NA | 0.00 | 0.00 |
| Day Knight And Associates | Unsecured | 37.64 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 1.00 | 5,682.12 | 5,682.12 | 0.00 | 0.00 |
| Department Of Veteran's Administration | Unsecured | 703.91 | NA | NA | 0.00 | 0.00 |
| Department Of Veteran's Administration | Unsecured | 449.47 | NA | NA | 0.00 | 0.00 |
| East Side Lenders | Unsecured | 845.00 | 845.00 | 845.00 | 17.92 | 0.00 |
| Eastern Account System Of CT Inc | Unsecured | 387.33 | NA | NA | 0.00 | 0.00 |
| EOSCCA | Unsecured | 1,438.20 | NA | NA | 0.00 | 0.00 |
| ERS Solutions | Unsecured | 1,050.15 | NA | NA | 0.00 | 0.00 |
| First Premier | Unsecured | 774.37 | NA | NA | 0.00 | 0.00 |
| Franklin | Unsecured | 114.07 | NA | NA | 0.00 | 0.00 |
| Friedman & Wexler LLC | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Full Circle Network | Unsecured | 287.71 | NA | NA | 0.00 | 0.00 |
| Great Lakes Specialty Finance | Unsecured | 485.10 | NA | NA | 0.00 | 0.00 |
| H&R Block Bank | Unsecured | 857.08 | 857.08 | 857.08 | 18.18 | 0.00 |
| Hills Used Cars | Secured | 1,600.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 112.95 | 306.02 | 306.02 | 6.49 | 0.00 |
| Illinois Insurance Center | Unsecured | 149.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 1,400.00 | 452.24 | 452.24 | 452.24 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 2,383.19 | 2,383.19 | 57.65 | 0.00 |
| Internal Revenue Service | Unsecured | 1,589.93 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 2,025.97 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital | Unsecured | 287.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 417.45 | 417.45 | 417.45 | 8.85 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 765.11 | 765.11 | 765.11 | 16.23 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 235.86 | 287.71 | 287.71 | 6.10 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 825.00 | 825.00 | 17.50 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 505.00 | 505.00 | 10.71 | 0.00 |
| Kroger Check Recovery Center | Unsecured | 40.79 | NA | NA | 0.00 | 0.00 |
| Lake County Prosecuting Attorney | Unsecured | 496.50 | NA | NA | 0.00 | 0.00 |
| Linebarger Goggan Blair & Simpson | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Loan Express Company | Unsecured | 134.00 | NA | NA | 0.00 | 0.00 |
| Medical Business Bureau Inc | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| Midwest Title Loans | Unsecured | 0.00 | 387.24 | 387.24 | 8.21 | 0.00 |
| Midwest Title Loans | Secured | 1,445.00 | 1,832.24 | 1,445.00 | 1,445.00 | 42.51 |
| Miles Square Health Center | Unsecured | 118.30 | NA | NA | 0.00 | 0.00 |
| MiraMed Revenue Group, LLC | Unsecured | 775.10 | NA | NA | 0.00 | 0.00 |
| National Service Center | Unsecured | 460.00 | NA | NA | 0.00 | 0.00 |
| Newtons Cleaning Specialists, Inc | Unsecured | 145.52 | NA | NA | 0.00 | 0.00 |
| Overland Bond & Investment Corp | Unsecured | 10,000.00 | NA | NA | 0.00 | 0.00 |
| Paradise Hotel Casino | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Plaza Finance Co | Unsecured | 134.00 | NA | NA | 0.00 | 0.00 |
| Provena | Unsecured | 958.50 | NA | NA | 0.00 | 0.00 |
| QC Financial Services | Unsecured | 603.36 | NA | NA | 0.00 | 0.00 |
| QC Financial Services | Unsecured | 1,013.53 | NA | NA | 0.00 | 0.00 |
| QC Financial Services | Unsecured | 202.71 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 673.86 | 343.40 | 343.40 | 7.28 | 0.00 |
| Quantum3 Group | Unsecured | 650.00 | 830.00 | 830.00 | 17.61 | 0.00 |
| Rent A Center | Unsecured | 2,118.56 | NA | NA | 0.00 | 0.00 |
| Safe Auto Insurance | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Sage Telecom | Unsecured | 40.62 | 166.11 | 166.11 | 0.00 | 0.00 |
| State Collection Service | Unsecured | 247.00 | NA | NA | 0.00 | 0.00 |
| Sun Loan Company | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| TeleCheck | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Tower Loan | Unsecured | 421.00 | NA | NA | 0.00 | 0.00 |
| Tower Loan | Unsecured | 298.75 | NA | NA | 0.00 | 0.00 |
| Trac A Chec | Unsecured | 184.24 | NA | NA | 0.00 | 0.00 |
| TRS Recovery Services Inc | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| TRS Recovery Services Inc | Unsecured | 76.23 | NA | NA | 0.00 | 0.00 |
| TrueGreen Lawn | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| TSI | Unsecured | 46.52 | NA | NA | 0.00 | 0.00 |
| United Radiology Services | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| Vermilion County State Attorney | Unsecured | 417.05 | NA | NA | 0.00 | 0.00 |
| Woodforest National Bank | Unsecured | 1,079.82 | 974.82 | 974.82 | 20.68 | 0.00 |
| World Finance Co | Unsecured | 406.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $1,445.00 | $1,445.00 | $42.51 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$1,445.00** | **$1,445.00** | **$42.51** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $452.24 | $452.24 | $0.00 |
| **TOTAL PRIORITY**: | **$452.24** | **$452.24** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$31,691.62** | **$595.80** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,075.22 |
| Disbursements to Creditors | $2,535.55 |
| **TOTAL DISBURSEMENTS** : | **$6,610.77** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/30/2014                    By: /s/ Marilyn O. Marshall
                                                                Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**